Argued March 20, affirmed March 31, 1975

IN THE MATTER OF THE DISSOLUTION OF THE MARRIAGE OF
ZIETZ, *Respondent-Cross-Appellant,* and ZIETZ
(No. 73-0926), *Appellant.*

533 P2d 190

*Robert W. Hill,* Eugene, argued the cause for appellant. With him on the brief were Hill & Schultz, P.C., Eugene.

*Stephen W. Hewitt,* Legal Aid Service, Eugene, argued the cause for respondent-cross-appellant. With him on the brief was Theodore R. Richter, Legal Aid Service, Eugene.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. Costs to neither party. *Ellenwood and Ellenwood,* 20 Or App 486, 532 P2d 259 (1975); *Goode v. Goode,* 4 Or App 34, 476 P2d 805 (1970).